## STOTEN *v.* BOARD OF COMMISSIONERS OF WAYNE COUNTY ET AL.

[No. 13,930.   Filed February 21, 1930.]

*Chauncey W. Duncan, Morris, Barlow & Morris* and *Earl Keisker,* for appellant.

*J. Brandon Griffis* and *Feemster & Feemster,* for appellees.

NICHOLS, J.—Affirmed, on authority of *Waterman* v. *Riehl* (1917), 65 Ind. App. 347, 117 N. E. 272.

## THE MAJESTIC COMPANY *v.* KRIEG.

[No. 13,802.   Filed December 17, 1929.   Rehearing denied February 26, 1930.]

*Arthur W. Parry,* for appellant.
*Lesh & Krieg,* for appellee.

PER CURIAM.—Affirmed.

## WYPISZNSKI *v.* ZAWISZA, GUARDIAN.

[No. 13,403.   Filed October 24, 1929.   Rehearing denied February 27, 1930.]

*Adam Wise* and *Walter R. Arnold,* for appellant.
*Lewis W. Hammond* and *Harry Taylor,* for appellee.

PER CURIAM.—Affirmed.